IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-03490-KMT

MARGARET JENKS
*individually and on behalf of all others similarly situated,*

        Plaintiff,

v.

ENT CREDIT UNION,

        Defendant.

## JOINT NOTICE OF SETTLEMENT

Defendant Ent Credit Union ("Defendant") and Plaintiff Margaret Jenks ("Plaintiff") (collectively, the "Parties"), through their respective undersigned counsel, jointly submit this Notice of Settlement to notify the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all the claims asserted by Plaintiff, including the issues of attorney's fees and costs. The parties are in the process of finalizing settlement paperwork and expect to file a Notice of Dismissal with Prejudice within sixty (60) days from the filing of this Notice of Settlement.

Respectfully submitted this 30th day of March, 2021.

| | |
|---|---|
| *s/ Craig M. Finger* | *s/ Lotus Cannon* |
| Martine T. Wells, #42340 | Jason T. Brown |
| Craig M. Finger, #50134 | Nicholas R. Conlon |
| Sean S. Cuff, #54204 | Lotus Cannon |
| BROWNSTEIN HYATT FARBER SCHREK, LLP | BROWN LLC |

| | |
|---|---|
| 410 Seventeenth Street, Suite 2200 | 111 Town Square Place, Suite 400 |
| Denver, CO   80202-4432 | Jersey City, NJ 07310 |
| Telephone:    303-223-1100 | Telephone:    (201) 630-0000 |
| Fax:              303-223-1111 | Fax:              (855) 582-5297 |
| Email:           mwells@bhfs.com | E-Mail:   jtb@jtblawgroup.com |
|                      cfinger@bhfs.com |                  nicholasconlon@jtblawgroup.com |
|                      scuff@bhfs.com |                  lotus.cannon@jtblawgroup.com |

*Attorneys for Defendant Ent Credit Union*        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of March, 2021, I electronically filed a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Martine T. Wells, #42340
Craig M. Finger, #50134
Sean S. Cuff, #54204
BROWNSTEIN HYATT FARBER SCHREK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO   80202-4432
Telephone:   303-223-1100
Fax:               303-223-1111
Email:           mwells@bhfs.com
                     cfinger@bhfs.com
                     scuff@bhfs.com

*Attorneys for Defendant*

                                              *s/Lotus Cannon*
                                              Lotus Cannon
                                              BROWN LLC
                                              111 Town Square Place, Suite 400
                                              Jersey City, NJ 07310
                                              Telephone: (201) 630-0000
                                              Fax: (855) 582-5297
                                              E-mail: lotus.cannon@jtblawgroup.com

3