# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.  1:20-cv-03490-KMT**

MARGARET JENKS
*individually and on behalf of all others similarly situated,*

        Plaintiff,

v.

ENT CREDIT UNION,

        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their undersigned counsel, hereby agree to dismiss this action with prejudice, with each side bearing its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED:

Dated: April 30, 2021

| *s/ Craig M. Finger* | *s/ Jason T. Brown* |
|---|---|
| Craig M. Finger, #50134 | Jason T. Brown |
| Martine T. Wells, #42340 | Nicholas R. Conlon |
| Sean S. Cuff, #54204 | Lotus Cannon |
| BROWNSTEIN HYATT FARBER SCHREK, LLP | BROWN LLC |
| 410 Seventeenth Street, Suite 2200 | 111 Town Square Place, Suite 400 |
| Denver, CO   80202-4432 | Jersey City, NJ 07310 |
| Telephone:    303-223-1100 | Telephone:    (201) 630-0000 |
| Fax:              303-223-1111 | Fax:              (855) 582-5297 |
| Email:        mwells@bhfs.com | E-Mail:    jtb@jtblawgroup.com |
|                     cfinger@bhfs.com |                    nicholasconlon@jtblawgroup.com |
|                     scuff@bhfs.com |                    lotus.cannon@jtblawgroup.com |
| *Attorneys for Defendant Ent Credit Union* | *Attorneys for Plaintiff* |